UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 0 9 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELYSE ROTHSTEIN,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>OPTION ONE MORTGAGE CORPORATION,<br><br>    Defendant - Appellant. | No. 03-57120<br><br>D.C. No. CV-03-07135-FMC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 1 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Appellant's request that this appeal be dismissed is hereby GRANTED. The certified copy of this order shall constitute the mandate.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 0 9 2005
by:
Deputy Clerk

FOR THE COURT

CATHY CATTERSON
CLERK OF THE COURT

By: _____
Howard Hom
Deputy Clerk



DOCKETED ON CM

FEB 1 7 2005

BY _____ 029

14.